OPINION — AG — ** AUTHORITY TO LICENSE SOCIAL WORKERS ** THE POWERS AND DUTIES OF THE BOARD OF REGISTRATION OF SOCIAL WORKERS IN 59 O.S. 1256 [59-1256], GOVERNING THE REGISTRATION OF SOCIAL WORKERS DO 'NOT' INCLUDE THE POWER AND AUTHORITY TO " LICENSE " AND " POLICE " SOCIAL WORKERS WITHIN THE STATE OF OKLAHOMA. (NOTE: STATUTE PASSED IN 1979/1980 GOVERNING THIS ISSUE, CERTIFICATION, SOCIAL WORKERS, COUNSELOR) CITE: 59 O.S. 1256 [59-1256], 59 O.S. 1251 [59-1251] (NATHAN J. GIGGER)